IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JEROME WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. |
| v. | ) | |
| | ) | |
| GORDON STEVEN DOMINIC and | ) | |
| C&K TRUCKING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COMES NOW defendant C&K Trucking, LLC ("C&K") and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this notice of removal within the time prescribed by law, showing the Court as follows:

1.

On October 11, 2019, plaintiff filed a complaint in the State Court of Gwinnett County, Georgia, Civil Action No. 19-C-07461-S1, which county is within the Atlanta Division of the Northern District of Georgia.

2.

C&K was served on October 16, 2019.

3.

This notice of removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

4.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A.  C&K has no knowledge of any other process, pleadings, or orders filed or served in connection with this action, other than those attached hereto.

5.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

DIVERSITY JURISDICTION

6.

There is complete diversity among the parties.

7.

Plaintiff is a citizen of Georgia.  (Compl., ¶ 1.)

8.

C&K is a limited liability company formed and existing under the laws of the State of Illinois; its members are five individuals who reside in the States of Illinois,

New Mexico, Florida, and New Jersey. Accordingly, C&K is a citizen of the State of Illinois. *See* 28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ."); *Flintlock Constr. Servs., LLC v. Well-Come Holdings, LLC*, 710 F.3d 1221, 1224 (11th Cir. 2013) (internal quotation marks omitted) ("For the purpose of determining diversity jurisdiction, a limited liability company is a citizen of any state of which a member of the company is a citizen.").

9.

Defendant Gordon Steven Dominic is, according to the complaint, a citizen of the State of Georgia (Compl., ¶ 2); however, online records of the State Court of Gwinnett County, where plaintiff filed this action, do not show Dominic has been served with process.

10.

C&K makes a plausible allegation that plaintiff seeks recovery in an amount in excess of $75,000, exclusive of interest and costs. *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 135 S. Ct. 547, 554 (2014). Specifically, plaintiff seeks general and special damages for personal injuries, lost income, and property damage, and punitive damages. (Compl., ¶¶ 9, 12-13, 20, 21.)

11.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, and no further proceedings shall be held in said case in the State Court of Gwinnett County.

STONE KALFUS LLP

/s/ Matthew P. Stone
Matthew P. Stone
Georgia Bar No. 684513
Shawn N. Kalfus
Georgia Bar No. 406227
Attorneys for Defendant
C&K Trucking, LLC

1718 Peachtree Street NW
Suite 550
Atlanta, GA 30309
404-736-2600 (telephone)
404-736-2601 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing *NOTICE OF REMOVAL* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

>Daryl Von Yokely, Esq.
>The Law Offices of Daryl Von Yokely
>235 Peachtree Street, Suite 2212
>Atlanta, GA 30303
>
>Joseph B. Ervin, Esq.
>The Law Office of Joseph Ervin
>400 Mall Boulevard, Suite E
>Savannah, GA 31406

This 15th day of November, 2019.

>*/s/ Matthew P. Stone*
>Matthew P. Stone
>Georgia Bar No. 684513

STONE KALFUS LLP
1718 Peachtree Street NW
Suite 550
Atlanta, GA 30309
404-736-2600 (telephone)
404-736-2601 (facsimile)